**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS EDUARDO FLORES AYALA,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-04399-FWS-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) Respondents shall immediately release Petitioner **LUIS EDUARDO FLORES AYALA (A-245-582-544)** from custody, reinstate his release under the same conditions that were in place before his re-detention on July 25, 2026, and return any personal property and documents seized at the time of his re-detention;

(B) Respondents shall also provide Petitioner with a copy of this Order at or near the time of release; and

(C) within three days of this Order, Respondents shall file a Status Report confirming Petitioner's release and return of his personal property and documents.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: August 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE